```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 07-61143-CIV-ZLOCH
```

FELIPE VARELA and MARIA
CRISTINA VARELA, on behalf of
themselves and all others
similarly situated,

       Plaintiff,

vs.                                            **O R D E R**

MOSKOWITZ, MANDELL, SALIM, &
SIMOWITZ, P.A., and SCOTT E.
SIMOWITZ,

       Defendants.
_____/

    THIS MATTER is before the Court upon the Parties Joint Motion For Approval Of Class Settlement (DE 15), which the Court construes as a Joint Motion For Preliminary Approval Of The Class Action Settlement.  The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    In the instant Motion, the Parties represent that they have entered into a Settlement Agreement (DE 15, Ex. A), with the terms and conditions set out therein.  Pursuant to Federal Rule of Civil Procedure 23, they have submitted it to this Court for approval. In furtherance thereof the Parties represent the following:

    A.  Defendant Moskowitz, Mandell, Salim, & Simowitz (hereinafter "MMSS Law Firm") previously removed the terms "in writing" from the Collection Communication (DE 1, Ex. A) sent to the class of individuals described below.  However, Defendants will not be precluded from using the same language in a future

collection communication, if the law supports it.

B. The Parties agree that, pursuant to Rule 23, the Court may certify a class consisting of: (i) all persons to whom letters in the same or substantially similar form represented by the Collection Communication were sent by MMSS Law Firm; (ii) in an attempt to collect a debt incurred for personal, family, or household purposes; (iii) for a Class Period spanning a one year period prior to the filing of the Complaint in this action: August 14, 2006, through August 13, 2007; and (iv) were not deceased.

C. Pursuant to the Settlement Agreement, MMSS Law Firm has agreed to: (i) pay twenty thousand dollars ($20,000.00) (hereinafter "Class Fund") to be divided on a pro rata basis by the Class Members; (ii) pay statutory damages in the amount of two thousand dollars ($2,000.00) to the named Plaintiffs; and (iii) pay reasonable attorney's fees and costs to Class Counsel to be determined in accordance with the Settlement Agreement.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Parties Joint Motion For Approval Of Class Settlement (DE 15), which the Court construes as a Joint Motion For Preliminary Approval Of The Class Action Settlement be and the same is hereby **GRANTED** as follows:

1. The Settlement Agreement as submitted by the Parties be and the same is hereby preliminarily approved;

2. By noon, July 24, 2008, Defendants shall serve upon Class

Counsel the names and last known addresses of all Class Members described in Paragraph B above;

3. By noon, August 14, 2008 Notice in the form provided in DE 15, Ex. B shall be mailed to all Class Members;

4. By noon, September 15, 2008 all objections to the proposed class action settlement, including all those Class Members who choose to opt-out, and motions by others who may choose to intervene in this action, must be filed;

5. A Fairness Hearing on the preliminary class is hereby **SET** for 10:00 a.m. on Friday, October 10, 2008, before the Honorable William J. Zloch, in Court house 202B, 299 E. Broward Blvd., Fort Lauderdale, Florida; and

6. The Clerk of the Court be and the same is hereby **DIRECTED** to close the above-styled cause for statistical purposes.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   24th   day of June, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies Furnished:

All Counsel of Record